IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Theresa A. Sanders,

    Plaintiff,

vs.            Case No. 5:17-CV-1027  DNH-ATB

Natalie Setty, Tristan Setty, et al,.

    Defendants.

## ORDER

Upon the motion of plaintiff Theresa Sanders, (Docket No. 17) the complaint (Docket No. 1) is dismissed **without prejudice to re-file the action in the Southern District of Ohio**.

The Clerk of the Court is ordered file a judgment accordingly and to close the file.

IT IS SO ORDERED.

Dated:   January 25, 2018
          Utica, New York

_____
United States District Judge